THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIUS W. MILLER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 8, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 10, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John Caldwell Myers* and *John J. O'Connor* for appellant.
*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J. Absent: POUND, J.